IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GERTIE FAY MANGRUM                                                                    PLAINTIFF

v.                                              CIVIL NO. 08-2087

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                        DEFENDANT

## MEMORANDUM OPINION

Presently before the court is plaintiff's motion to dismiss. (Doc. # 9). Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) finding that plaintiff was not entitled to a period of disability, disability benefits, or supplemental security income under Titles II and XVI of the Social Security Act. In his motion to dismiss, plaintiff stated that she moves to voluntarily withdraw her Complaint. (Doc. # 9). Plaintiff's motion is hereby granted and the clerk is ordered to dismiss plaintiff's Complaint.

IT IS SO ORDERED this 3rd day of November 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE